**Sara L. Gabin**, OSB #81234
Internet E-mail address:  slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone:  503.620.3171
Fax:  503.620.3365
Attorney(s) for:  Raymond Roy Zaste

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

RAYMOND ROY ZASTE,                                           Case No. 3:19-cv-01191-JR

                            Plaintiff,

                                                            ORDER GRANTING *STIPULATED*
            v.                                              MOTION FOR AN AWARD OF
                                                            ATTORNEY FEES PUSUANT TO THE
KILOLO KIJAKAZI, ACTING                                     EQUAL ACCESS TO JUSTICE ACT
COMMISSIONER, SOCIAL SECURITY                               (EAJA)

                            Defendant.
_____


        This matter having come before the court upon the Stipulated Motion of the parties, and

this court being otherwise fully advised

        IT IS HEREBY ORDERED that plaintiff is awarded Equal Access to Justice (EAJA)

Fees in the amount of $6,010.79.

        IT IS FURTHER HEREBY ORDERED that under *Astrue v. Ratliff*, 130 S. Ct 2521,

2528-29 (2010), EAJA fees awarded by this Court belong to the plaintiff and are subject to offset

under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).

        IT IS FURTHER HEREBY ORDERED that plaintiff  having  assigned her right to EAJA

fees to her attorney, if after receiving the Court's EAJA fee order the Commissioner determines

that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the Commissioner agrees to waive the requirements of the Anti-Assignment Act and the EAJA fees will be made payable to plaintiff's attorney, at her address: 14523 Westlake Drive, Lake Oswego, OR 97035.

IT IS FURTHER HEREBY ORDERED that, if there is a debt owed under the Treasury Offset Program, the requirements of the Anti-Assignment Act cannot be waived, and the remaining EAJA fees after offset will be paid by a check made out to plaintiff but delivered to plaintiff's attorney.

IT IS FURTHER HEREBY ORDERED that plaintiff is awarded costs advanced in the amount of $400, to be made payable to plaintiff's attorney.

IT IS SO ORDERED this 12th day of April, 2022.

 /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)